**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————————

**No. 00-1902**

————————————

In Re: MUZIO ROBERTO; In Re: MARY K. ROBERTO,

                                                    Debtors.

————————————————————————

MUZIO ROBERTO; MARY K. ROBERTO,

                                        Plaintiffs - Appellants,

          versus

SCOTT FIELD, Trustee,

                                        Defendant - Appellee.

————————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt. Alexander Williams, Jr., District Judge.
(CA-00-687-AW, BK-98-12440)

————————————

Submitted: October 12, 2000          Decided: October 19, 2000

————————————

Before WILLIAMS and MOTZ, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

————————————

Affirmed by unpublished per curiam opinion.

————————————

Muzio Roberto, Mary K. Roberto, Appellants Pro Se. Jeffrey L.
Tarkenton, WOMBLE, CARLYLE, SANDRIDGE & RICE, Washington, D.C., for
Appellee.

————————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Muzio and Mary Roberto appeal from the district court's order affirming the bankruptcy court's denial of their motion to reconsider a prior order allowing compensation to counsel for the Chapter 7 trustee. Our review of the record and the opinions below discloses no reversible error. Accordingly, we affirm on the reasoning of the district court. See Roberto v. Field (In Re: Roberto), Nos. CA-00-687-AW; BK-98-12440 (D. Md. June 1, 2000).[*] We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] Although the district court's order is marked as "filed" on May 30, 2000, the district court's records show that it was entered on the docket sheet on June 1, 2000. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. See Wilson v. Murray, 806 F.2d 1232, 1234-35 (4th Cir. 1986).